UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY WILLIAM DEDEKER,<br><br>    Petitioner,<br><br>    v.<br><br>STUART SHERMAN,<br><br>    Respondent. | No. 2:20-cv-2056-KJM-EFB P<br><br><br>ORDER |

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent has served upon petitioner a motion to dismiss. *See* ECF Nos. 12, 16.

    Accordingly, it is ORDERED that petitioner's opposition or statement of non-opposition shall be filed and served within 30 days of service of respondent's motion to dismiss, and respondent's reply, if any, shall be filed within 14 days thereafter.

DATED: March 4, 2021.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE