UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY WILLIAM DEDEKER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STUART SHERMAN,<br><br>　　　　　Respondent. | No.  2:20-cv-2056-KJM-EFB P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 14, 2021, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Petitioner has filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 14, 2021, are adopted in full;

2. Respondent's motion to dismiss (ECF No. 12) is granted;

3. Petitioner is granted thirty (30) days from the date of service of this order to file an amended petition as instructed in the June 14, 2021 findings and recommendations; and

4. The Clerk of Court is directed to send petitioner the court's form for use in filing a habeas petition.

DATED: August 31, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE